GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
(973) 360-7900
(973) 301-8410 (fax)
Attorneys for Plaintiff
Lorillard Tobacco Company

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| LORILLARD TOBACCO COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMANAT FOOD SERVICE, INC. D/B/A MAMA'S FRIED CHICKEN AND RAHMAT ALI,<br><br>Defendants. | Civil Action No. 06-cv-395(RMB)<br><br>**CONSENT ORDER PERMANENTLY ENJOINING DEFENDANTS FROM THE PURCHASE OR SALE OF COUNTERFEIT LORILLARD CIGARETTES** |

**WHEREAS** Plaintiff Lorillard Tobacco Company ("Lorillard") filed this action seeking, among other relief, a permanent injunction enjoining Defendants Amanat Food Service, Inc. d/b/a Mama's Fried Chicken and Rahmat Ali ("Defendants") from engaging in activities related to the manufacture, purchase or sale of products bearing counterfeits of Lorillard's federally registered trademarks; and

**WHEREAS** the parties have consented, pursuant to the Settlement Agreement between them, to the entry of a permanent injunction against Defendants, the terms of which are set forth below;

It is on this 7th day of May, 2007

**ORDERED**, that Defendants, and any of their directors, officers, agents or employees, and those persons in active concert or participation with them are permanently enjoined, from directly or indirectly:

(i) purchasing cigarettes bearing the LORILLARD®, NEWPORT®, NEWPORT® (stylized), Spinnaker Design®, and NEWPORT and Design® marks (the "Lorillard Marks"), Reg. Nos.1,920,066, 1,108,876, 2,600,870, 1,178,413, and 1,191,816, from any source other than a licensed cigarette distributor;

(ii) selling, purchasing, transferring or otherwise trafficking cigarettes falsely bearing the Lorillard Marks or any reproduction, counterfeit, copy, or colorable imitation of the same; and

(iii) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above paragraphs (i) and (ii);

**IT IS FURTHER ORDERED** that Defendants shall, during the normal business hours of the retail location at 3148/3150 Westfield Avenue, Camden, New Jersey, and any other retail locations now owned or hereafter acquired by Defendants, allow Lorillard or its representatives to inspect, without prior notice, the inventory of Lorillard cigarettes at the aforementioned locations; and

**IT IS FURTHER ORDERED** that should such circumstances arise that render the continued effect of this Order or any part hereof unnecessary or inequitable, the Defendants or any other entity directly affected by the restrictions herein may apply to this Court to vacate or modify the Order; and

**IT IS FURTHER ORDERED** that this action is hereby dismissed as settled; and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over this matter to enforce the parties' settlement agreement and this Order.

We hereby consent to the form and entry of the foregoing Order:

_____
Clark P. Russell
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Attorneys for Plaintiff
Lorillard Tobacco Company

_____
William A. Riback
LAW OFFICE OF WILLIAM RIBACK
527 Cooper Street, 2nd Floor
Camden, New Jersey 08102
Attorney for Defendants
Amanat Food Service d/b/a
Mama's Fried Chicken and Rahmat Ali

SO ORDERED:

_____
U.S.D.J.

NJ 226180813 v 1

3